IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: November 10, 199

RAMON ADORNO-CABRERA, et al    *

     Plaintiffs    *

vs.    *    CIVIL NO. 98-1066 (SEC)

UNITED STATES OF AMERICA    *

     Defendant    *

*******************************

By Order of the Court, a **Pretrial/Settlement Conference** is hereby set for **December 20, 1999 at 2:00 p.m.**

Kim Flores
Courtroom Deputy Clerk

s/c Dennis Simonpietri
     AUSA Lisa E. Bhatia