IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: December 9, 1999

| | | |
|---|---|---|
| RAMON ADORNO-CABRERA, et al | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| vs. | * | CIVIL NO. 98-1066 (SEC) |
| | * | |
| UNITED STATES OF AMERICA | * | |
| | * | |
| Defendant | * | |
| | * | |

*******************************

By Order of the Court, **Pretrial/Settlement Conference** set for **December 20, 1999 is hereby reset for December 23, 1999 at 2:00 p.m.**

Kim Flores
Courtroom Deputy Clerk

s/c Dennis Simonpietri
    AUSA Lisa E. Bhatia