# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

### MINUTES OF PROCEEDINGS

RECEIVED & FILED
1999 DEC 28  AM 8:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CIVIL CASE  98-1066(SEC)                    DATE: December 23, 1999

---

RAMON ADORNO-CABRERA, et al.          Attorneys:

  Plaintiffs                          Dennis Simonpietri

  v.

UNITED STATES OF AMERICA,             Lisa E. Bhatia

  Defendant

---

## PRETRIAL AND SETTLEMENT CONFERENCE

A pretrial and settlement conference was **held** in chambers today. The parties were represented by counsel. A further pretrial and settlement conference was set for **Thursday, February 10, 2000, at 4:30 p.m.**

*/s/ SALVADOR E. CASELLAS*
U.S. District Judge

