IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: February 9, 2000

RAMON ADORNO-CABRERA, et al    *
                               *
     Plaintiffs                *
                               *
vs.                            *    CIVIL NO. 98-1066 (SEC)
                               *
UNITED STATES OF AMERICA       *
                               *
     Defendant                 *
                               *
*******************************

By Order of the Court, **Pretrial/Settlement Conference** set for **February 10, 2000 is hereby reset for March 2, 2000 at 10:00 a.m. This proceeding will be held before Honorable Salvador E. Casellas.**

Kim Flores
Courtroom Deputy Clerk

s/c Dennis Simonpietri
    AUSA Lisa E. Bhatia
    Notified by phone L.C.