UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

| CIVIL CASE 98-1066(SEC) | DATE: March 3, 2000 |
|---|---|
| RAMON ADORNO-CABRERA, et al. | Attorneys: |
| Plaintiffs | Dennis Simonpietri |
| v. | |
| UNITED STATES OF AMERICA, | Lisa E. Bhatia |
| Defendant | |

### PRETRIAL AND SETTLEMENT CONFERENCE

A pretrial and settlement conference was **held** in chambers today. The parties were represented by counsel. The Court set the following deadlines:

**April 1, 2000**   for the government to submit its answer to plaintiff's letter of July 30, 1999,

**May 31, 2000**   for the conclusion of all pending depositions, and

**May 31, 2000**   for the parties to inform that discovery has concluded and that the case is ready to be referred for mediation before a Magistrate Judge.

SALVADOR E. CASELLAS
U.S. District Judge