UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON ADORNO CABRERA, et al.
   Plaintiffs

v.                     Civil No. 98-1066(SEC)

UNITED STATES OF AMERICA
   Defendant

**ORDER**

| MOTION | RULING |
|---|---|
| **Docket # 28** <br> Defendant's "Motion for Extension of Time" | Moot. |
| **Docket # 29** <br> Defendant's "Motion in Compliance with Order" | Noted. |

DATE: April 26, 2000

SALVADOR E. CASELLAS
United States District Judge