UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    DATE: October 25, 2000

| | |
|---|---|
| RAMON ADORNO-CABRERA, et al | |
| Plaintiffs | |
| vs. | CIVIL NO.  98-1066 (SEC) |
| UNITED STATES OF AMERICA | |
| Defendant | |

By Order of the Court, **a Pretrial/Settlement Conference is hereby set for November 1, 2000 at 2:00 p.m.**

This proceeding will be held before Hon. Salvador E. Casellas.

_____
COURTROOM DEPUTY CLERK

