# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RAMON ADORNO-CABRREA, et al.
    Plaintiffs

         **v.**               **Civil No. 98-1066(SEC)**

UNITED STATES OF AMERICA
    Defendant

## **O R D E R**

| MOTION | RULING |
|---|---|
| **Docket #31**<br>**Pretrial/Settlement Conference Setting.** | **NOTED.** Pursuant to the requests of both parties, the Pretrial/Settlement Conference set for November 1, 2000 at 2:00p.m. is hereby continued. The Court will notify the parties of a new date for the Conference. |

DATE:  October_3/_, 2000



SALVADOR E. CASELLAS
United States District Judge

