# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Minutes of Proceedings

| | |
|---|---|
| HONORABLE ROBERT J. WARD | Date: February 7, 2001 |
| COURTROOM DEPUTY: Michael Guranich | CIVIL CASE: 98-1066(SEC) |

| | Attorneys |
|---|---|
| RAMON ADORNO-CABRERA | Dennis A. Siminpietri |
| vs | |
| UNITED STATES OF AMERICA | Lisa E. Bhatia Gautier |

Settlement Conference held. The Court strongly recommends a settlement in the amount of $150,000. Counsel to recommend settlement to their clients and report to Judge Ward by February 9, 2001. If they have no report at that time, they will report to Judge Casellas.

Michael Guranich
Courtroom Deputy

