IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON ADORNO-CABRERA       *
                           *
Plaintiff                  *       Civil No. 98-1066(SEC)
                           *
v.                         *
                           *
UNITED STATES OF AMERICA   *
                           *
Defendant                  *
*************************************

## ORDER

A further Settlement Conference is hereby set in the above-captioned case for **Tuesday, March 20, 2001 at 4:30 p.m.**

**SO ORDERED.**

In San Juan, Puerto Rico, this __6__ day of March, 2001.

SALVADOR E. CASELLAS
United States District Judge


AO 72A
(Rev.8/82)

