UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

CIVIL CASE NO: 98-1066(SEC)          DATE: March 20, 2001

| | |
|---|---|
| RAMON ADORNO-CABRERA<br><br>Plaintiff | Attorneys:<br>Dennis A. Simonpietri |
| V. | |
| UNITED STATES OF AMERICA<br><br>Defendants | Lisa E. Bhatia Gautier |

### STATUS CONFERENCE

Status Conference **held** in Chambers today with counsel for the parties. Settlement structuring was discussed. The parties are to inform the Court by **no later than March 30, 2001**, of the outcome of settlement negotiations.

SALVADOR E. CASELLAS
U.S. District Judge


