UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                DATE: May 8, 2000

RAMON ADORNO-CABRERA, et al   *
                              *
                              *
        Plaintiffs            *
                              *
                              *
vs.                           *     CIVIL NO.  98-1066 (SEC)
                              *
                              *
UNITED STATES OF AMERICA      *
                              *
                              *
        Defendant             *

By Order of the Court, **a Settlement Conference is hereby set for May 16, 2001 at 2:00 p.m.**

This proceeding will be held before Hon. Salvador E. Casellas.

_____
COURTROOM DEPUTY CLERK

Notified by phone



