UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

| | |
|---|---|
| CIVIL CASE NO: 98-1066(SEC) | DATE: May 16, 2001 |
| RAMON ADORNO-CABRERA, ET AL | Attorneys: DENNIS A. SIMONPIETRI |
| Plaintiff | |
| v. | LISA E. BHATIA GAUTIER, AUSA |
| UNITED STATES OF AMERICA | |
| Defendants | |

### SETTLEMENT CONFERENCE

Further settlement conference was **held** in Chambers today. Counsel for both parties were present.

Counsel informed that they still had no agreement on the settlement proposals made by Judge Ward on February 2, 2001. Defendant made a counterproposal that was unacceptable for plaintiff.

Counsel informed the Court that the treatment to be given to any settlement amount with regard to plaintiff's wife and his pension, had to be clarified prior to agreeing on final settlement.

The Court encouraged the parties to reach a settlement in the amount suggested by Judge Ward and to iron out the details regarding the treatment of the settlement payment.

**Trial date was set by the Court for July 9, 2001 at 9:00 a.m.**

SALVADOR E. CASELLAS
U.S. District Judge