IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON ADORNO CABRERA, et al.

Plaintiffs

v.

UNITED STATES OF AMERICA

Defendant

Civil No. 98-1066(SEC)

## JUDGMENT

Before the Court is the parties' joint "Stipulation for Compromise Settlement," the terms of which are incorporated in this judgment. **(Docket #41)**. The Court has examined the same and finds that it complies with the requirements of Fed.R.Civ.P. 41(a)(1)(ii), therefore the above-referenced action is hereby **DISMISSED WITH PREJUDICE**. The Clerk shall enter judgment accordingly.

**SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this _10 TH_ day of July, 2001.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev.8/82)